IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Emelia Mugambiwa,<br>(Baltimore City)<br><br>c/o Latham & Watkins<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br><br><br>            Plaintiff,<br><br>     v.<br><br>Peter Chiweshe, and<br><br>1243 Taylor Avenue<br>Arnold, MD 21012<br>(Anne Arundel County)<br><br>Shingaidzo Nhekairo<br><br>1243 Taylor Avenue<br>Arnold, MD 21012<br>(Anne Arundel County)<br><br>            Defendants. | Civil Action No.: 1:17-cv-02541-CCB<br><br>**JURY TRIAL REQUESTED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby voluntarily dismisses without prejudice the above-captioned action. In support, Plaintiff states as follows:

1. On September 1, 2017, Plaintiff filed the Complaint. ECF No. 1.

2. Plaintiff has not yet served the Complaint on Defendants, and as such, Defendants have not filed an answer to the Complaint or a motion for summary judgment.

3. Since the filing of the Complaint, the parties have engaged in settlement negotiations, executed a Tolling and Standstill Agreement, and expect to conduct a voluntary, non-binding mediation in early 2018.

4. Accordingly, in order to facilitate settlement negotiations and avoid burdening the Court with this dispute while settlement negotiations are ongoing, Plaintiff voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  December 1, 2017

/s/ *Jonathan C. Su*_____
Jonathan C. Su (Bar #16965)
jonathan.su@lw.com

Of Counsel:

Steven P. Croley
steven.croley@lw.com
Brian A. Lichter
brian.lichter@lw.com
David A. Zucker
david.zucker@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

**Attorneys for Plaintiff
Emelia Mugambiwa**

## **CERTIFICATE OF SERVICE**

I, Jonathan C. Su, hereby certify that on December 1, 2017, a copy of the foregoing document filed through the CM/ECF system, will be sent via electronic mail to counsel for Defendants, Jeffrey M. Prokop and Gregory D. Beaman of Orrick, Herrington & Sutcliffe LLP, at jprokop@orrick.com and gbeaman@orrick.com.

/s/ *Jonathan C. Su*
Jonathan C. Su